1  ALAN H. MARTIN, Cal. Bar No. 132301
   amartin@sheppardmullin.com
2  MICHAEL D. STEWART, Cal. Bar No. 161909
   mstewart@sheppardmullin.com
3  MATTHEW B. HOLBROOK, Cal. Bar No. 280729
   mholbrook@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone: 714-513-5100
6  Facsimile: 714-513-5130

7  Attorneys for Plaintiff FEDERAL DEPOSIT
   INSURANCE CORPORATION, AS
8  RECEIVER FOR INDYMAC BANK, F.S.B.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> v. <br><br> ARYANA/OLIVE GROVE LAND DEVELOPMENT, LLC, a California limited liability company; PACIFIC WEST COAST DEVELOPMENT, LLC, a California limited liability company; SHAHVAND ARYANA, an individual; JAMES BRASWELL, an individual; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. EDCV12-01494 VAP (DTBx) <br><br> Amended <br> [PROPOSED] JUDGMENT <br><br><br> Trial Date: October 22, 2013 <br> Time: 9:00 a.m. <br> Ctrm: 2 <br> Judge: Hon. Virginia A. Phillips |

SMRH:411447153.2
Case No. EDCV12-01494 VAP (DTBx)

This action came on for trial at 9:00 a.m. on October 22, 2013 in Courtroom 2 of the United States District Court for the Central District of California, Eastern Division, the Honorable Virginia A. Phillips, presiding. Michael D. Stewart and Matthew B. Holbrook appeared on behalf of plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B. ("Plaintiff"). Andre Rekte appeared on behalf of defendant SHAHVAND ARYANA ("Aryana"). Keith A. Kelly appeared on behalf of defendant JAMES BRASWELL ("Braswell"). Plaintiff, Aryana and Braswell consent to judgment as set forth below.

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

With respect to the Third Cause of Action for Breach of Guaranty set forth in Plaintiff's Complaint, the Court hereby awards damages against Aryana and Braswell, jointly and severally, and in favor of Plaintiff in the amount of $5,306,702.53. In addition to such sum, Plaintiff is awarded attorneys' fees in the amount of $608,932.10 and costs of $22,295.46 against Aryana and Braswell, jointly and severally, for a total judgment of $631,227.56, which sum shall accrue post-judgment interest at the legal rate. No party waives any rights of appeal.

Dated: July 9 2014

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

SMRH:411447153.2
Case No. EDCV12-01494 VAP (DTBx)

-1-